**GREENBERG TRAURIG LLP**
By:       Kelly Dobbs Bunting, Esquire (NJ6181, PA 88492)
          200 Park Avenue
          P.O. Box 677
          Florham Park, NJ 07932-0677
Phone:    (973) 360-7900
Fax:      (973) 301-8410
Email:    buntingk@gtlaw.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIS KELLY,<br>11919 Alberta Drive<br>Philadelphia, PA 19154<br><br>                Plaintiff,<br><br>v.<br><br>HD SUPPLY HOLDINGS, INC.<br>3100 Cumberland Blvd.<br>Atlanta, GA 30339 United States,<br>and<br><br>HD SUPPLY, INC.<br>1100 John Galt Way<br>Burlington, NJ 08016,<br>and<br><br>HD SUPPLY MANAGEMENT, INC.<br>P.O. Box 182366<br>Columbus, OH 43218<br><br>                Defendants. | Civil Action No. 1:14-cv-00372<br><br>Hon. Robert B. Kugler<br>Magistrate Judge Ann Marie Donio<br><br>**Motion Date: April 21, 2014** |

### NOTICE OF MOTION TO DISMISS

TO:   Ari R. Karpf
      Christine Burke
      Karpf, Karpf & Cerutti, P.C.
      3331 Street Road
      Two Greenwood Square, Ste. 128
      Bensalem, PA 19020

**PLEASE TAKE NOTICE** that, on April 21, 2014, at 9:00 AM or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants HD Supply Holdings, Inc., HD Supply, Inc. and HD Supply Management, Inc. shall move before the Honorable Robert B. Kugler, at Courtroom 4D, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for an Order granting Defendants' Motion to Dismiss Plaintiff's Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of Defendants' Motion, Defendants will rely upon the accompanying Brief in Support.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated:  March 24, 2014                    Respectfully submitted,

/s/ Kelly D. Bunting
Kelly Dobbs Bunting, Esquire
NJ6191; PA 88492
buntingk@gtlaw.com
GREENBERG TRAURIG, LLP
*Attorneys for Defendants*

200 Park Avenue, P.O. Box 677
Florham Park, NJ 07932-0677
(973) 360-7900 (phone)
(973) 301-8410 (fax)

2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 988-7883 (phone)
(215) 988-7801 (fax)

**GREENBERG TRAURIG LLP**
By:        Kelly Dobbs Bunting, Esquire (NJ6181, PA 88492)
           200 Park Avenue
           P.O. Box 677
           Florham Park, NJ 07932-0677
Phone:     (973) 360-7900
Fax:       (973) 301-8410
Email:     buntingk@gtlaw.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRANCIS KELLY,<br>11919 Alberta Drive<br>Philadelphia, PA 19154<br><br>            Plaintiff,<br><br>v.<br><br>HD SUPPLY HOLDINGS, INC.<br>3100 Cumberland Blvd.<br>Atlanta, GA 30339 United States,<br>and<br><br>HD SUPPLY, INC.<br>1100 John Galt Way<br>Burlington, NJ 08016,<br>and<br><br>HD SUPPLY MANAGEMENT, INC.<br>P.O. Box 182366<br>Columbus, OH 43218<br><br>            Defendants. | Civil Action No. 1:14-cv-00372<br><br>Hon. Robert B. Kugler<br>Magistrate Judge Ann Marie Donio |

**O R D E R**

AND NOW, this ___ day of _____, 2014, after consideration of Defendants' Motion to Dismiss, their Brief

in Support, together with any response thereto, it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED.**

It is **FURTHER ORDERED** that the Complaint of Plaintiff Francis Kelly is **DISMISSED** in its entirety, and that Count II is dismissed with prejudice.

_____
The Hon. Robert B. Kugler