# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANCIS KELLY | : | |
| 11919 Alberta Drive | : | CIVIL ACTION |
| Philadelphia, PA 19154 | : | |
| | : | CASE NO.: 14-372 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| HD SUPPLY FACILITIES | : | |
| MAINTENANCE, LTD | : | |
| 10641 Scripps Summit Ct | : | |
| San Diego, CA 92131 | : | |
| and | : | |
| HD SUPPLY HOLDINGS, INC. | : | |
| 3100 Cumberland Blvd. | : | |
| Atlanta, GA, 30339 United States | : | |
| and | : | |
| HD SUPPLY, INC. | : | |
| 1100 John Galt Way | : | |
| Burlington, NJ 08016 | : | |
| and | : | |
| HD SUPPLY MANAGEMENT, INC. | : | |
| P.O. Box 182366 | : | |
| Columbus, OH 43218 | : | |
| | : | |
| Defendants. | : | |
| | : | |

## STIPULATION TO AMEND

It is hereby stipulated pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, by and between Christine E. Burke, counsel for Plaintiff, and Kelly D. Bunting, counsel for Defendants, that Plaintiff may file his Second Amended Complaint, a copy of which is attached hereto.

| | |
|---|---|
| ___/s/ Christine E. Burke___ | ___/s/ Kelly D. Bunting___ |
| Christine E. Burke, Esq. | Kelly D. Bunting, Esq. |
| Karpf, Karpf & Cerutti, P.C. | GreenburgTraurig |
| 3331 Street Road | 2700 Two Commerce Sq. |
| Two Greenwood Sq., Suite 128 | 2001 Market Street |
| Bensalem, PA 19020 | Philadelphia, PA 19103 |
| (215) 639-0801 | (215) 988.7858 |

The foregoing Stipulation is hereby APPROVED as an Order of the Court.

_____
J.