**GREENBERG TRAURIG LLP**
By:      Kelly Dobbs Bunting, Esquire (NJ6181, PA 88492)
         200 Park Avenue
         P.O. Box 677
         Florham Park, NJ 07932-0677
Phone:   (973) 360-7900
Fax:     (973) 301-8410
Email:   buntingk@gtlaw.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIS KELLY,<br>11919 Alberta Drive<br>Philadelphia, PA 19154<br><br>            Plaintiff,<br><br>v.<br><br>HD SUPPLY FACILITIES<br>MAINTENANCE, LTD,<br>10641 Scripps Summit Ct.<br>San Diego, CA 92131<br><br>            Defendant. | Civil Action No. 1:14-cv-00372<br><br>Hon. Robert B. Kugler<br>Magistrate Judge Ann Marie Donio<br><br>**Motion Date:  May 19, 2014** |

## NOTICE OF MOTION TO DISMISS PLAINTIFF'S
## SECOND AMENDED CIVIL ACTION COMPLAINT

TO:   Ari R. Karpf
      Christine Burke
      Karpf, Karpf & Cerutti, P.C.
      3331 Street Road
      Two Greenwood Square, Ste. 128
      Bensalem, PA 19020

**PLEASE TAKE NOTICE** that, May 19, 2014, at 9:00 AM or as soon thereafter as counsel may be heard, the undersigned attorney for Defendant HD Supply Facilities Maintenance, Ltd., shall move before the Honorable Robert B. Kugler, at Courtroom 4D, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for an Order granting HD Supply Facilities Maintenance, Ltd.'s Motion to Dismiss Plaintiff's Second Amended Civil Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of Defendant's Motion, Defendant relies upon the accompanying Brief in Support.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith pursuant to Local Rule 7.1(e).

Dated:  April 21, 2014               Respectfully submitted,

/s/ Kelly D. Bunting
Kelly Dobbs Bunting, Esquire
NJ6191; PA 88492
buntingk@gtlaw.com
GREENBERG TRAURIG, LLP
*Attorneys for Defendants*

200 Park Avenue, P.O. Box 677
Florham Park, NJ 07932-0677
(973) 360-7900 (phone)
(973) 301-8410 (fax)
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 988-7883 (phone)
(215) 988-7801 (fax)