UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANCIS KELLY | : | |
| Plaintiff(s), | : | CIVIL #14-00372    (RBK) |
| -vs- | : | **ORDER OF DISMISSAL** |
| HD SUPPLY FACILITIES MAINTENANCE LTD. | : | |
| Defendant(s). | : | |

-------------------------------------------------------------------

It having been reported to the Court that the above-captioned action has been settled;

It is on this 26TH day of **March 20<u>15</u>** ;

**ORDERED** that this action is hereby dismissed  without costs and without prejudice to the right, upon good cause shown, within 60 days, to reopen this action if the settlement is not consummated.  The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over such agreement.


s/Robert B. Kugler
HON. ROBERT B. KUGLER,  U.S.D.J.


cc:   Hon. Ann Marie Donio, U.S. Magistrate Judge
       All Counsel on Record
       File